November 1, 2010. Motion of petitioner for leave to proceed in forma pauperis

denied, and petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in non-criminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition is submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

**No. 10-6080. Christopher Stoller, Petitioner v. Court of Appeals of Arizona, Division One, et al.**

562 U.S. 998, 131 S. Ct. 515, 178 L. Ed. 2d 365, 2010 U.S. LEXIS 8391.

November 1, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Supreme Court of Arizona dismissed. See Rule 39.8.

**No. 10-6090. Kimberly Albright-Lazzari, et vir, Petitioners v. Susan L. Hamilton, Commissioner, Connecticut Department of Children and Families.**

562 U.S. 998, 131 S. Ct. 516, 178 L. Ed. 2d 365, 2010 U.S. LEXIS 8371.

November 1, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari

to the Appellate Court of Connecticut dismissed. See Rule 39.8.

Same case below, 120 Conn. App. 376, 991 A.2d 696.